United States District Court
Northern District of California

1
2
3
4  UNITED STATES DISTRICT COURT
5  NORTHERN DISTRICT OF CALIFORNIA
6
7  THE BOARD OF TRUSTEES, et al.,

   Plaintiffs,

8
9  v.
10 EMPIRE ENGINEERING & CONSTRUCTION, INC.,
11    Defendant.

Case No. 22-cv-04824-DMR

**ORDER TO SHOW CAUSE RE: SERVICE OF COMPLAINT**

Plaintiffs filed the complaint in August 2022. On November 27, 2023, the court ordered Plaintiffs to effect service of the summons and complaint on Defendant and file proof of service by no later than December 18, 2023. [Docket No. 41.] No proof of service has been filed. Accordingly, Plaintiffs are hereby ORDERED to show cause in writing by no later than January 3, 2024 why this action should not be dismissed without prejudice for failure to serve the summons and complaint on Defendant. *See* Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED.**

Dated: December 21, 2023



Donna M. Ryu
Chief Magistrate Judge