UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

        Plaintiffs,

    v.

EMPIRE ENGINEERING &
CONSTRUCTION, INC.,

        Defendant.

Case No.  22-cv-04824-DMR

**ORDER TO SHOW CAUSE RE
SERVICE OF COMPLAINT**

On February 7, 2024, the court denied Plaintiffs' motion to serve Defendant Empire Engineering & Construction with the summons and complaint by publication without prejudice and ordered Plaintiffs to file a renewed motion or status report by March 7, 2024.  [Docket No. 46.]  The court also extended the deadline to serve Defendant to March 7, 2024.  *Id*.  Plaintiffs did not file a renewed motion, status report, or proof of service.  Accordingly, Plaintiffs are hereby ordered to show cause in writing by no later than March 20, 2024 why this action should not be dismissed without prejudice for failure to prosecute and failure to timely serve the summons and complaint on Defendant.

**IT IS SO ORDERED.**

Dated: March 13, 2024



Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California